United States District Court
Southern District of Texas
FILED

MAY – 4 2007

# UNITED STATES DISTRICT COURT   Michael N. Milby Clerk

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA
V.

## CRIMINAL COMPLAINT

Case Number: *M-07-2284-M*

Robin Neal Whiteley (MX)
1974
A90 888 003

I, Joel JuVette , the undersigned complainant state that the following is true and correct to the best of my

Knowledge and belief.  On or about _____ April 28, 2007 _____ in _____ Hidalgo _____ County, in
                                                        (Date)

the _____ Southern _____ District of _____ Texas _____ Defendant(s) did,

Being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____ .

I further state that I am a(n) _____ Special Agent _____ And that this complaint is based on the
                                                    Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_Approved_
_T--ll(decoml_
_A∙st U.S. Attorney)_

_____
Signature of Complainant

Joel JuVette
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 4, 2007 _____   at   McAllen, Texas _____
Date                                                                          City and State

U.S. Magistrate Judge Peter Ormsby _____   _____
Name and Title of Judicial Officer                                   Signature of Judicial Officer

**Attachment "A"**

On April 28, 2007, at approximately 7:00 P.M., U.S. Immigration and Customs Enforcement (ICE), Office of the Assistant Special Agent in Charge (ASAC) McAllen, TX Special Agent (SA) Joel JuVette received a request for assistance from the McAllen, TX Police Department (PD) regarding an individual named Robin Neal WHITELEY. According to the McAllen, TX PD, WHITELEY had been arrested for Possession of a Controlled Substance. Further records checks conducted by the McAllen, TX PD revealed that WHITELEY was a previously deported criminal illegal alien.

Immigration records checks conducted on WHITELEY by SA JuVette revealed that WHITELEY had been removed from the United States to Mexico on three previous occasions: 1) July 1, 2002 through Hidalgo, Texas, 2) April 19, 2005 through Brownsville, Texas and 3) February 12, 2007 through Brownsville, Texas. Prior to deportation, WHITELEY was not instructed to return to the United States without permission from the U.S. Attorney General and/or Secretary of Homeland Security.

Criminal history records checks on WHITELEY by SA JuVette revealed the following:

1) On July 19, 1995, WHITELEY was convicted in the Criminal Court at Law #2, Lufkin, Texas for the offense of Assault Bodily Injury. WHITELEY was sentenced to one year probation.
2) On April 1, 1997, WHITELEY was convicted in the Criminal Court at Law #1, Lufkin, Texas for the offense of Violation of a Protective Order. WHITELEY was sentenced to 120 days jail.
3) On April 1, 1997, WHITELEY was convicted in the Criminal Court at Law #1, Lufkin, Texas for the offense of Assault Bodily Injury. WHITELEY was sentenced to one year probation.
4) On July 20, 2000, WHITELEY was convicted in the 105th District Court, Corpus Christi, Texas for the offense of Possession of Marijuana. WHITELEY was sentenced to three years probation.
5) On September 8, 2000, WHITELEY was convicted in the 159th District Court, Lufkin, Texas for the offense of Possession of Marijuana. WHITELEY was sentenced to four years imprisonment.